STATE of Missouri Respondent,

v.

Leroy HUDSON, Appellant.

Leroy HUDSON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 42684, WD 44586.

Missouri Court of Appeals,
Western District.

June 23, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Circuit Court of Jackson County; H. Michael Coburn and Donald L. Mason, Judges.

David S. Durbin, Appellate Defender, Susan L. Hogan, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and TURNAGE and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction for murder in the second degree, § 565.021, assault in the first degree, § 565.050, and two counts of armed criminal action, § 571.015, RSMo 1986. Punishment was assessed at fifteen years imprisonment on the murder count, ten years on the assault count, and three years on each count of armed criminal action with the sentences ordered to run consecutively.

Appeal from denial of a motion filed pursuant to Rule 29.15. Judgments are affirmed. Rules 30.25(b) and 84.16(b).

29.15. Judgments are affirmed. Rules 30.25(b) and 84.16(b).